(110 So. 927)

Vernan YATES v. STATE. (1 Div. 716.)
(Court of Appeals of Alabama. Nov. 16, 1926.)
Appeal from Circuit Court, Washington County; T. J. Bedsole, Judge. Assault and battery.

SAMFORD, J. Appeal dismissed.

---

(108 So. 927)

Otto YEARWOOD v. STATE. (6 Div. 880.)
(Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Cullman County; O. Kyle, Judge. Possessing a still.

SAMFORD, J. Appeal dismissed.